# EXHIBIT A

The Maroon • March 2, 2023 • https://loyolamaroon.com/10037952/news/loyola-student-arrested-in-dining-hall/

# Loyola student arrested in dining hall

**Kloe Witt, Breaking News Editor**



NOPD officers escorting student Luke Sahs after being arrested. Sahs has been charged with stalking. (Abigail Schmidt)

Loyola University student Luke Sahs was arrested tonight in the Orleans Room by the New Orleans Police Department.

Sahs was booked on a count of stalking at 8:50 p.m., according to the Orleans Parish Inmate Query.

According to LUPD, a student filed a report accusing Sahs of stalking. Loyola police said Sahs was in possession of chemical materials that can be used to kill people. LUPD said they believe he will be brought up on terroristic threat charges as well.

LUPD said Sahs made social media posts about the student who completed the report, spreading personal information about them such as the individual's nationality and family.

NOPD arrived at Buddig Hall to arrest Sahs before his roommate told police he was in the Orleans Room, LUPD said. According to Loyola police, there were no issues during the arrest.

Sahs is now in police custody at the New Orleans Police Department 2nd district.