# EXHIBIT B



March 3, 2023

Luke Sahs
Sent electronically to lsahs@my.loyno.edu

**INTERIM SUSPENSION NOTICE**
PERSONAL AND CONFIDENTIAL
Attention: Luke Sahs (2052517)
Regarding Case Number: 2022044801

Dear Luke Sahs,

According to student conduct records, you were documented for the following violation(s) of the Code of Conduct:

**Weapons**

Loyola University prohibits the possession of and/or use of firearms or other dangerous weapons; simulated or otherwise. Louisiana law and University policy prohibit:

A. The manufacture, ownership, possession or custody or use of any switchblade knife, spring knife, or other knife or similar instrument having a blade which may be automatically unfolded or extended from a handle by manipulation of a button, switch, latch, or similar contrivance.

B. Carrying a dangerous weapon to include any gas, liquid, or other substance or instrumentality that, in the manner used, is calculated or likely to produce death or great bodily harm.

C. The possession of firearms on-campus; simulated or otherwise.

D. The above prohibitions also apply to possession and storage of these items in a motor vehicle parked on Loyola's campus. Violation of the above policy and state law will subject the offender to University discipline up to and including dismissal from the University and/or prosecution under the state's criminal statutes depending on the nature and seriousness of the offense.

This charge stems from information the University received from a faculty member while on a study abroad trip to Roatan, Honduras. The faculty member reported that Luke made concerning statements stating that he wanted to "kill everyone in Buddig Hall" and "could easily make a chemical gas, put it in the air and kill everyone in their sleep." Luke continued by stating that he could do this in every residence hall, not just Buddig. On March 2, 2023, a warrant was issued for Mr. Sahs and he was arrested by the New Orleans Police Department.

Due to the serious nature of these allegations, you are being placed on **interim suspension** effective immediately (March 3, 2023). You will remain on interim suspension until the criminal investigation and university student conduct process are complete. During this time you are physically separated from the University: you may not attend classes or participate in campus activities. Should you need to return to campus, you are required to notify and receive permission to be on campus from University Police. University Police can be contacted at 504-865-3434.

A copy of this letter will be kept in your conduct file. If you have any questions, comments, or concerns about the content or context of this letter, please feel free to contact me via the contact information below.

Sincerely,

Akilah Jones
Director of Student Conduct

504.865.3032
aajones1@loyno.edu


CC: Chris Sahs
     Rosalie Berg