# EXHIBIT C

**From:** Elizabeth B Carpenter <ebc.lawyer@gmail.com>
**Sent:** Friday, March 10, 2023 4:09 PM
**To:** desiree@loyno.edu <desiree@loyno.edu>; pres@loyno.edu <pres@loyno.edu>
**Cc:** jegalli@my.loyno.edu <jegalli@my.loyno.edu>
**Subject:** Student Luke Sahs - Cease and Desist

Dear President Daffron,

I am sending this correspondence on behalf of my client, Luke Sahs, regarding an article that was recently published in the Loyola Maroon, discussing his arrest on false allegations of stalking. These accusations were made by an individual who has stated to others that she has a history of emotional and mental issues. This individual has further stated that she attended a program for troubled teens prior to enrolling at Loyola.

The article published by the Maroon contains untruthful, malicious statements that are causing irreparable harm to Mr. Sahs' reputation, emotional wellbeing, and academic pursuits.

Specifically, the article says in pertinent part:

Loyola police said Sahs was in possession of chemical materials that can be used to kill people. LUPD said they believe he will be brought up on terroristic threat charges as well. LUPD said Sahs made social media posts about the student who completed the report, spreading personal information about them such as the individual's nationality and family.

I hereby demand that everyone associated with your institution immediately cease and desist from publishing or asserting any further false or misleading information about Mr. Sahs. Furthermore, I demand that the Loyola Maroon remove the defamatory article from the internet and all channels within 1 day of receipt of this notice.

The gravity of this situation cannot be understated. We are deeply concerned about the immense harm caused to Mr. Sahs and his reputation. It is clear that Loyola and all those involved have acted with willful, wanton, and reckless disregard for the truth. If you do not take immediate action to remediate the situation, we will pursue all available legal remedies to compensate Mr. Sahs for the damages that he has sustained. Let it be known to everyone involved in this horrific injustice that we are fully prepared to defend Mr. Sahs and clear his name.

Please be advised that this correspondence is being submitted without prejudice and no arguments or rights are being waived. Nothing in this correspondence is to be deemed a waiver or prejudice of any of my clients' rights. Any and all arguments and rights are expressly reserved by my clients.

With kindest regards, I am.

Elizabeth Bagert Carpenter, Esq.
201 St. Charles Ave.
Suite 2500
New Orleans, La. 70170
Phone: 504-599-5955
Cell: 504-373-4624

If you are a current client and in need of immediate assistance, please email: paralegal@neworleans-criminal-defense.com.

Notice of Confidentiality:  This e-mail, including attachments, may contain confidential information that is subject to attorney-client privilege or other legal privilege. If you are not the intended recipient, please delete the original transmission and its attachments without reviewing, copying, or saving them and notify us immediately.