# EXHIBIT E

From: Sharonda Williams shwillia@loyno.edu
Subject: L.S.
Date: March 13, 2023 at 9:36 AM
To: ebc.lawyer@gmail.com



Dear Ms. Carpenter:

I am writing in response to your March 10 email to Pres. Daffron. Without waiving any arguments on behalf of Loyola, the Maroon removed the article from its online content on Friday, March 10. Loyola takes issues of student privacy seriously, and we have removed the article out of an abundance of caution and to allow us to fully investigate the statements set forth in your March 10 email.

Best regards.

--

**Sharonda R. Williams**

General Counsel and Director of Government Affairs

6363 St. Charles Avenue, Box 58

New Orleans, LA  70118

504.864.7082



This transmittal and attachments may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is prohibited. If you have received this transmittal and/or attachments in error please notify us immediately by reply or by telephone at 504.864.7082 and immediately delete this message and all its attachments.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.