# EXHIBIT F

From: Elizabeth Bagert Carpenter ebc.lawyer@gmail.com
Subject: Re: L.S.
Date: March 13, 2023 at 11:48 AM
To: Sharonda Williams shwillia@loyno.edu, aajones1@loyno.edu



Ms. Williams:

Thank you very much for your swift action.

I have 2 other issues that I would like to mention regarding these false reports.

1) Please ask your IT department to clear the cache of this article because it is still appearing on other areas of the Loyno web site.

2) The office of student conduct issued an interim suspension for Mr. Sahs based on this false report. More specifically, the office has claimed that Mr. Sahs was in possession of bomb making chemicals, firearms, knives, and threatened to kill everyone it the dorm.

This disciplinary action was allegedly based on reports from a faculty member.

This is untruthful and baseless. Not to mention, the office of student conduct has acted in a harmful and reckless manner.

Mr. Sahs was never found in possession of any such items. He also never made any statements to a faculty member or anyone for that matter about bombs or weapons.

As I mentioned, a young lady with questionable credibility and a dishonest police officer made these statements.

The office of student conduct demanded that he submit to a psychological evaluation.

This is not practical at this time because he has been forced to return to Miami, his home town.

If you show me proof that he was in possession of any weapons, I will have him return to Loyola to submit to an evaluation.

Best regards,


Sent from my iPhone - Please pardon errors and brevity

Elizabeth Bagert Carpenter, Esq.
201 St Charles Ave.
Suite 2500
New Orleans, La. 70170
(504) 599-5955 office
(504) 373-4624 cell

This communication may be privileged or contain confidential and proprietary information. If you are not the intended addressee, this message has been sent to you in error, and you are therefore prohibited from relying upon, disclosing, distributing or copying the context of this email, including any and all attachments. If you have received this email in error, please delete and notify the sender via email immediately. Thank you.